UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEAVAH BARROS,<br><br>Plaintiff,<br><br>v.<br><br>WINN COMPANIES, WINN MANAGEMENT, and SARAH ALEMANY,<br><br>Defendants. | ) | Civil Action No. 26-11961-MJJ |

**ORDER**

**JOUN, D.J.**

Neavah Barros initiated this action by filing a Complaint and a Motion for Leave to Proceed *in forma pauperis*. [Doc. Nos. 1-2]. By Memorandum and Order dated July 13, 2026, the Court denied without prejudice the Motion for Leave to Proceed *in forma pauperis* and advised Plaintiff that the Complaint fails to state a plausible claim under the Fair Housing Act ("FHA"). [Doc. No. 4]. Plaintiff was ordered to file an amended complaint and a new motion for leave to proceed *in forma pauperis*. and that failure to do so in 28 days will result in dismissal of this action. [*Id.*].

To date, Plaintiff has not responded to the Court's Memorandum and Order and the time to do so has expired. This Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and comply with the Court's orders. *See* Fed. R. Civ. P. 41(b); *Santos v. Dep't of Educ. of Com. of Puerto Rico*, 108 F. App'x 638, 640 (1st Cir. 2004) (district courts have "the power to act sua sponte to dismiss a suit for failure to prosecute"); *Cintron-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002) ("A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b).").

Dismissal is warranted here. Plaintiff's failure to respond to the Court's Memorandum and Order indicates that he no longer wishes to pursue this case. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter a separate order of dismissal.

**SO ORDERED.**

/s/ Myong J. Joun
United States District Judge

Dated: September 22, 2026